UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 13-5104-GW(AJWx) | Date | January 6, 2014 |
|---|---|---|---|
| Title | *United States of America v. Brent D. Colbert* | | |

Present: The Honorable  GEORGE H. WU, UNITED STATES DISTRICT JUDGE

| Javier Gonzalez | Wil Wilcox | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| William I. Goldsmith | Brent D. Colbert, pro se |

**PROCEEDINGS:**   POST-MEDIATION STATUS CONFERENCE

Settlement is reached.  Counsel for Plaintiff informs the Court that the Consent Judgment will be filed following this hearing.  Court will review judgment.

              :    01

Initials of Preparer   JG