GOLDSMITH & HULL, P.C./File CDCS892
William I. Goldsmith, SBN 82183
Jack D. Hull  SBN 91879
16933 Parthenia St., Suite 110
Northridge, CA 91343
Telephone: (818) 990-6600
Facsimile: (818) 990-6140
**Govdept1@goldsmithcalaw.com**

Attorneys for Plaintiff

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | Case No.: CV 13-05104-GW(AJWx) |
|---|---|
| Plaintiff, | |
| vs. | <u>ORDER VACATING HEARING AND ENTRY OF CONSENT JUDGMENT</u> |
| BRENT D. COLBERT AKA BRENT COLBERT | <u>Judge: George H. Wu</u> |
| Defendant. | |

    IT IS HEREBY ORDERED that all hearings are vacated and Consent Judgment be entered in favor of Plaintiff UNITED STATES OF AMERICA and against Defendant BRENT D. COLBERT AKA BRENT COLBERT, as follow:

    The principal amount of $9,152.40 plus interest accrued to **September 19, 2013** in the sum of $2,398.87; with interest accruing thereafter at $**0.85** per day until entry of judgment; plus penalty/administrative charges in the amount of $0.00; attorney fees in the

sum of  $1,115.24 and cost in the sum of $459.00 for a total of $13,125.51.

    i.      Defendant will make payments to plaintiff in the amount of $75.00 per month, beginning **October 4, 2013**, and at the same time thereafter until the debt is paid in full.

    ii.     Payments are to be made payable to the U.S. Department of Justice and forwarded to **U.S. Department of Justice, Central Intake Facility, P.O. Box 790363, St. Louis, MO 63179-0363**, and to include the file number: **2011A83871** on the face of the check.

    iii.    The payment of **$75.00** per month may be reevaluated and may be modified to take into account the changed economic circumstances of defendant. Notwithstanding the foregoing, such re-evaluation and modification may take place, at most, once, on an annual basis.

    iv.    For purposes of evaluation and possible modification, the defendant will provide plaintiff with a copy of his/her Federal Income Tax return, (including all attachments) or other evidence of total annual income, and a completed Financial Statement provided by plaintiff, along with copies of your last two earning statements.

    v.     Under no circumstances, will the monthly payment be lower than $75.00 per month.

vi.     Should defendant become thirty (30) days or more delinquent in making any payment in accordance with this consent judgment, plaintiff will enforce this judgment in accordance with the Federal Rules of Civil Procedure.

vii.    Liens will be recorded with the applicable County Recorder wherein defendant resides or owns real property and defendant shall bear the cost of this transaction.

viii.   When the amount of the consent judgment is liquidated, plaintiff shall prepare and file with the Clerk of the Court a Satisfaction of Judgment and provide defendant with a Release of Lien Under Abstract of Judgment for defendant to record with the applicable County Recorder.

ix.     This consent judgment will accrue interest at the legal rate from the date of entry until paid in full.

Date: January 17, 2014

Hon. George H. Wu,
United States District Judge